UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Nelson Rios

                                        Plaintiff,

v.                                                                                  Case No.: 1:14–cv–00798
                                                                                  Honorable Charles P. Kocoras

Global Exchange Vacation Club, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2014:

       MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held on 9/2/2014. This cause is hereby dismissed without prejudice with leave to reinstate on or before 10/2/2014 if settlement is not effectuated. Said dismissal will then become with prejudice without further order of the Court unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Civil case terminated. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.